IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO PACHECO,<br><br>    Plaintiff,<br><br>  v.<br><br>LIBERTY LIFE ASSURANCE COMPANY,<br><br>    Defendant.<br>                                      / | No. C 12-03998 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges the notice of settlement filed by defendant, but cautions that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE